IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| OLEN GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | 07-00813-CV-W-DW |
| DAVID BODDE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff's motion for reconsideration of my order transferring this case to Judge Whipple (Doc. No. 43). I will not engage in a substantive review of actions taken in Case. No. 05-00076-CV-W-DW. Rather, my decision is based solely on application of Local Rule 83.9, which provides

> Related cases, by mutual consent of the judges to whom the cases are assigned, shall be transferred to the judge with the lowest numbered case, without regard to whether the lowest numbered case is pending.

Because Case No. 07-00813-CV-W-REL is related to Case. No. 05-00076-CV-W-DW and Judge Whipple was assigned the lowest numbered case, transfer is appropriate. It is therefore

ORDERED that Plaintiff's motion for reconsideration is denied.

_____
*/s/ Robert E. Larsen*
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
May 5, 2008