**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN  DIVISION**

**JUDGMENT IN A CIVIL CASE**

**OLEN E. GIBSON,**                    )
                                       )
                        **Plaintiff,** )
                                       )
**v.**                                 )          **Case No. 07-00813-CV-W-DW**
                                       )
**KANSAS CITY POWER & LIGHT**          )
**COMPANY,**                           )
                                       )
                        **Defendant.** )


__**Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

           **IT IS ORDERED AND ADJUDGED** that


           Complaint is therefore DISMISSED WITH PREJUDICE.


July 17, 2008_____                   Patricia L. Brune_____
Date                                   Clerk

                                       /s/ Tracy L. Diefenbach____
                                       (by) Deputy Clerk