# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 08-2890
_____

Olen E. Gibson,

Plaintiff - Appellant

v.

Kansas City Power & Light Company,

Defendant - Appellee

Access Program,

Defendant

Great Plains Energy,

Defendant - Appellee

Terry Bassham; David Bodde; Jennifer Butler; Lora Cheatum; Michael J. Chesser; William Downey; Mark English; Mark Ernst; Randall Ferguson, Jr.; William Hall; Luis Jimenez; James Mitchell; William Nelson; Don Prophete; Gerald Reynolds; William Riggins; Larry Rute; Linda Talbott; Robert West; Lori Wright,

Defendants
_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:07-cv-00813-DW)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

November 18, 2009

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans