# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-2890

Olen E. Gibson,

Appellant

v.

Kansas City Power & Light Company,

Appellee

Access Program,

Great Plains Energy,

Appellee

Terry Bassham, et al.,

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:07-cv-00813-DW)

---

## MANDATE

In accordance with the opinion and judgment of 11/18/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 09, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit